FIG. 1



Metal Bowl 10

FIG. 2



Cover 20

FIG. 3



Annular Sidewall 30   Circumscribing Outer Bowl Surface 40